UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAVID ALLEN PROVOST,<br><br>            Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Comm.<br>Social Security Administration,<br><br>            Defendant, | ) ED CV 12-1447-GAF (SH)<br>)<br>) ORDER ACCEPTING<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order, the Magistrate Judge's Report and Recommendation and the Judgment
3  by United States mail on the plaintiff and on the United States Attorney for the
4  Central District of California.
5  DATED: June 11, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE