UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAVID ALLEN PROVOST,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Comm. Social Security Administration,<br><br>      Defendant, | ED CV 12-1447-GAF (SH)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order, the Magistrate Judge's Report and Recommendation and the Judgment
3 by United States mail on the plaintiff and on the United States Attorney for the
4 Central District of California.
5 DATED: June 11, 2013

                                  _____
                                     GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE