JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DAVID ALLEN PROVOST,          ) ED CV 12-1447-GAF (SH)
                              )
        Plaintiff,            ) JUDGMENT
   v.                         )
                              )
CAROLYN W. COLVIN,            )
Commissioner of Social Security )
Administration,               )
                              )
        Defendant.            )
_____)

    IT IS HEREBY ADJUDGED that the plaintiff's Complaint is dismissed.

DATED: June 11, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**